**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

Eastern District of Kentucky
FILED
OCT 15 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 3:26CR15-KKC-MAS

**ANDREW HENRY BOHART**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 922(o)**

On or about May 15, 2026, in Owen County, in the Eastern District of Kentucky,

**ANDREW HENRY BOHART**

did knowingly possess a machinegun, that is, a Glock, Model 44, .22 caliber firearm bearing serial number AHNK961, with a machinegun conversion device attached, knowing, or being aware of, the essential characteristics of the firearm which made it a "machinegun" as defined by 18 U.S.C. § 921(a), in violation of 18 U.S.C. § 922(o).

**COUNT 2**
**18 U.S.C. § 922(g)**

On or about May 15, 2026, in Owen County, in the Eastern District of Kentucky,

**ANDREW HENRY BOHART,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that are as follows:

1. Glock, Model 34 Gen4, 9mm caliber pistol bearing serial number AHPK700;
2. Glock, Model 19X, 9mm caliber pistol bearing serial number BYCN782;
3. Glock, Model 43X, 9mm caliber pistol bearing serial number BZEB690;
4. Glock, Model 42, 9mm caliber pistol bearing serial number AHRY414;
5. Glock, Model 19 Gen4, 9mm caliber pistol bearing serial number BFSZ411;
6. Glock, Model 44, .22 caliber machinegun bearing serial number AHNK961;
7. Walther, Model Creed, 9mm pistol bearing serial number FCR7950;
8. Glock, Model 26 Gen5, 9mm caliber pistol bearing serial number AHAK113;
9. Glock, Model 27 Gen4, .40 caliber pistol bearing serial number XVD059;
10. Glock, Model 47, 9mm caliber pistol bearing serial number AHCY911;
11. Glock, Model 19C, 9mm caliber pistol bearing serial number TWK192;
12. Canik, Model SFx Rival, 9mm pistol bearing serial number 24CM02424;
13. Charter Arms, Model Undercover, .38 special revolver bearing serial number 22-78292;
14. HS Produkt, Model XDS, .45 caliber pistol bearing serial number XS566071;
15. Taurus, Model PT111 G2A, 9mm pistol bearing serial number TLY35399;
16. Ruger, Model SR1911, .45 caliber pistol bearing serial number 672-38977;
17. Ruger, Model Mark IV, .22 caliber pistol bearing serial number 500527608;
18. Umarex, Model FN 502, .22 caliber pistol bearing serial number LR047504;
19. Anderson Manufacturing, Model AM-15, multi-action pistol bearing serial number 16023398;
20. Keltec, Model Sub-2000, 9mm rifle bearing serial number FHE444;

21. Century Arms International, Model BFT-47, 7.62x39mm rifle bearing serial number BFT47006860;
22. Armelegant, Model BLP M12, 12-gauge shotgun bearing serial number 21-B04484;
23. Anderson Manufacturing, Model AM-15, multi-action pistol bearing serial number 15239389;
24. Umarex, Model Beretta ARX160, .22 caliber pistol bearing serial number PB009019;
25. Anderson Manufacturing, AM-15, multi-action pistol bearing serial number 15119046;
26. Palmetto State Armory, Model PSAK-47, 7.62x39mm rifle bearing serial number AKB003772;
27. Anderson Manufacturing, Model AM-15, multi-action pistol bearing serial number 20084934;
28. Winchester, Model 1200, 12-gauge shotgun bearing serial number 189688;

and that were each in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

**COUNT 3**
**18 U.S.C. § 924(c)(1)(B)(ii)**

On or about May 15, 2026, in Owen County, in the Eastern District of Kentucky,

**ANDREW HENRY BOHART,**

did knowingly possess a machinegun, that is, a Glock, Model 44, .22 caliber firearm bearing serial number AHNK961, with a machinegun conversion device attached, in

furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count 4 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(B)(ii).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about May 15, 2026, in Owen County, in the Eastern District of Kentucky,

**ANDREW HENRY BOHART,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offenses alleged in the Indictment, **ANDREW HENRY BOHART** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924 and 21 U.S.C. § 841. Any and all interest that **ANDREW HENRY BOHART** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. By virtue of the commission of the felony offense alleged in Count 4 of the Indictment, **ANDREW HENRY BOHART** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained

directly or indirectly as a result of the commission of such violation. Any and all interest that **ANDREW HENRY BOHART** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION**:

a. Glock, Model 34 Gen4, 9mm caliber pistol bearing serial number AHPK700;
b. Glock, Model 19X, 9mm caliber pistol bearing serial number BYCN782;
c. Glock, Model 43X, 9mm caliber pistol bearing serial number BZEB690;
d. Glock, Model 42, 9mm caliber pistol bearing serial number AHRY414;
e. Glock, Model 19 Gen4, 9mm caliber pistol bearing serial number BFSZ411;
f. Glock, Model 44, .22 caliber machinegun bearing serial number AHNK961 with attached machinegun conversion device;
g. Walther, Model Creed, 9mm pistol bearing serial number FCR7950;
h. Glock, Model 26 Gen5, 9mm caliber pistol bearing serial number AHAK113;
i. Glock, Model 27 Gen4, .40 caliber pistol bearing serial number XVD059;
j. Glock, Model 47, 9mm caliber pistol bearing serial number AHCY911;
k. Glock, Model 19C, 9mm caliber pistol bearing serial number TWK192;
l. Canik, Model SFx Rival, 9mm pistol bearing serial number 24CM02424;
m. Charter Arms, Model Undercover, .38 special revolver bearing serial number 22-78292;
n. HS Produkt, Model XDS, .45 caliber pistol bearing serial number XS566071;
o. Taurus, Model PT111 G2A, 9mm pistol bearing serial number TLY35399;
p. Ruger, Model SR1911, .45 caliber pistol bearing serial number 672-38977;
q. Ruger, Model Mark IV, .22 caliber pistol bearing serial number 500527608;
r. Umarex, Model FN 502, .22 caliber pistol bearing serial number LR047504;
s. Anderson Manufacturing, Model AM-15, multi-action pistol bearing serial number 16023398;
t. Keltec, Model Sub-2000, 9mm rifle bearing serial number FHE444;
u. Century Arms International, Model BFT-47, 7.62x39mm rifle bearing serial number BFT47006860;
v. Armelegant, Model BLP M12, 12-gauge shotgun bearing serial number 21-B04484;
w. Anderson Manufacturing, Model AM-15, multi-action pistol bearing serial number 15239389;
x. Umarex, Model Beretta ARX160, .22 caliber pistol bearing serial number PB009019;
y. Anderson Manufacturing, AM-15, multi-action pistol bearing serial number 15119046;
z. Palmetto State Armory, Model PSAK-47, 7.62x39mm rifle bearing serial

number AKB003772;

aa. Anderson Manufacturing, Model AM-15, multi-action pistol bearing serial number 20084934;

bb. Winchester, Model 1200, 12-gauge shotgun bearing serial number 189688; and

cc. Assorted ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**AUBREY MCGUIRE GIROUARD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

| | |
|---|---|
| **COUNT 1:** | Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release. |
| **COUNT 2:** | Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release. |
| **COUNT 3:** | Not less than 30 years imprisonment and not more than life imprisonment, consecutive to any other sentence, not more than a $20,000,000 fine, and not less than 10 years supervised release. |
| **COUNT 4:** | Not more than 5 years imprisonment, not more than a $250,000 fine, and at least 2 years supervised release. |
| | **If prior felony drug offense:** Not more than 10 years imprisonment, not more than a $500,000 fine, and at least 4 years supervised release. |
| **PLUS:** | Forfeiture of all listed property. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |