**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

**CRIMINAL ACTION NO. 3:26–cr–00015- KKC-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER GRANTING MOTION OF UNITED STATES FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**ANDREW HENRY BOHART** **DEFENDANT**

* * * * *

On October 15, 2026, a federal grand jury indicted the Defendant, **ANDREW HENRY BOHART**, for federal violations of 18 U.S.C. § 922(o), possession of a machinegun; 18 U.S.C. § 924(c), possession of a machinegun in furtherance of drug trafficking, 18 U.S.C. § 922(g), felon in possession of a firearm, and 21 U.S.C. § 841(a), possession with intent to distribute marijuana. **ANDREW HENRY BOHART** is now confined at the Carroll County Detention Center in Carrollton, Kentucky, awaiting trial for violations of Kentucky law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer for the Carroll County Detention Center to deliver **ANDREW HENRY BOHART** to the United States Marshal so that he may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer shall DELIVER the Defendant, **ANDREW HENRY BOHART**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **ANDREW HENRY BOHART** in custody before the United States District Court at Lexington, Kentucky, on November 13, 2026, at 1:30 p.m., for an initial appearance and arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of;

(4) the Marshal shall safely keep **ANDREW HENRY BOHART** in custody until he is no longer needed, at which time the Marshal shall RETURN **ANDREW HENRY BOHART** to the custody of the jailer; and

(5) the Clerk shall forward this order to the United States Marshal (3 certified copies) and to the United States Probation Office.

On this 16th day of October, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY